**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**LATELRA A. LEWIS,**

       **Plaintiff,**

**v.**                               **Case No. 1:17cv35-MW/CAS**

**NANCY A. BERRYHILL,
Acting Commissioner of Social Security,**

       **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's

timely objections to the report and recommendation.  ECF No. 20.  Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.  Plaintiff's request for oral argument is

**DENIED**.  The Clerk shall enter judgment stating:  "The decision of the

Commissioner to deny Plaintiff's applications for Social Security benefits is

**AFFIRMED** and judgment entered for the Defendant."  The Clerk shall close the

file.

**SO ORDERED on October 30, 2017.**

**s/Mark E. Walker** ___
**United States District Judge**